**\*\*Original filed 8/15/06\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

VIET MIKE NGO,

    Plaintiff,

    v.

WARDEN J. WOODFORD,

    Defendant.

_____

No. C-04-5070-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to the unavailability of the Court on Friday, September 29, 2006, you are hereby notified that the Court has rescheduled the Motions currently set for September 29th.  The new hearing date is Friday September 22, 2006 at 9:00 A.M. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 08/15/06

    For the Court,
    Richard W. Wieking, Clerk

    Diana Munz
    Courtroom Deputy
    electronic signature authorized