**E-Filed 9/19/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIET MIKE NGO,<br><br>               Plaintiff,<br><br>   v.<br><br>J. WOODFORD, et al.,<br><br>               Defendants. | Case Number C 04-5070 JF (PR)<br><br>ORDER[1] DENYING MOTION TO STRIKE<br><br>[re: docket no. 18] |

    The Court has considered Defendants' Motion to Strike Plaintiff's Opposition to Defendants' Motion to Dismiss, and the arguments in the papers filed in support and in opposition thereof. The Court finds that oral argument would not aid it in resolving this motion. Civ. L.R. 7-1(b). The Court finds that Plaintiff's delay is excusable.

    IT IS HEREBY ORDERED that Defendant's motion to strike is DENIED. Defendants shall file their reply to Plaintiff's opposition to the motion to dismiss within fourteen days of this order. The motion to dismiss thereafter will be taken under submission without oral argument.

---

    [1] This disposition is not designated for publication and may not be cited.

DATED: 9/19/06

JEREMY FOGEL
United States District Judge

2

Case No. C 04-5070 JF (PR)
ORDER DENYING MOTION TO STRIKE
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| Charles Francis-Antonio Carbone | charles@charlescarbone.com |
| Jennifer J. Nygaard | Jennifer.Nygaard@doj.ca.gov, aida.albano@doj.ca.gov, DocketingSFCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov |

3

Case No. C 04-5070 JF (PR)
ORDER DENYING MOTION TO STRIKE
(JFLC1)