*e-filed 10/30/07

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIET MIKE NGO,<br>         Plaintiff,<br><br>V.<br>WARDEN J. WOODFORD,<br>         Defendants. | Case No. CV-04-5070-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

Good cause appearing, Plaintiff is hereby ordered to show cause, on or before November 20, 2007, why the above entitled case should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Should Plaintiff fail to file opposition by the date indicated, the action will be dismissed without prejudice. Should Plaintiff file timely opposition, Defendants may file a response on or before November 27, 2007. The matter thereafter will be taken under submission without oral argument.

Dated: October 30, 2007

_____
JEREMY FOGEL
United States District Judge