**E-filed 11/29/07**

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIET MIKE NGO,<br>　　　　　　Plaintiff,<br>　　v.<br>WARDEN J. WOODFORD,<br>　　　　　　Defendant. | Case Number C 04-5070 JF<br><br>**ORDER[1] OF DISMISSAL** |

　　　On October 30, 2007 the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff was directed to file an opposition on or before November 27, 2007. No opposition has been filed. The matter is hereby dismissed with prejudice.

　　　IT IS SO ORDERED.

DATED: 11/29/07

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

(JFLC1)